Jay R. Henneberry (State Bar No. 135065)
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071
Tel.: 213-892-1000
Fax: 213-892-2045
Email: jhenneberry@chadbourne.com

John A. Squires (admitted *pro hac vice*)
John M. Hintz (admitted *pro hac vice*)
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112-0127
Tel.: 212-408-5100
Fax: 212-541-5369
Email: jsquires@chadbourne.com
        jhintz@chadbourne.com

Counsel for Plaintiff DISCUS DENTAL, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISCUS DENTAL, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>BIOLASE TECHNOLOGY, INC.,<br><br>          Defendant. | Civil Action No: SACV-10-416-JVS (RNBx)<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AND AMEND DISCOVERY RESPONSES**<br><br>Date: June 7, 2011<br>Time: 9:30 a.m.<br>Courtroom: 6D<br><br>Discovery Cutoff Date: June 6, 2011<br>Pretrial Conference Date: October 31, 2011<br>Trial Date: November 15, 2011 |

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

PLEASE TAKE NOTICE that on June 7, 2011, at 9:30 a.m. or as soon thereafter as the matter can be heard in the above-entitled Court, located at 411 West Fourth Street, Santa Ana, CA 92701-4516, Courtroom 6D, Plaintiff Discus Dental, LLC will and hereby does move for an order permitting it to withdraw and amend its responses to Request for Admission numbers 9 and 10.

This motion is based on this Notice of Motion and Motion, the concurrently filed Joint Stipulation Pursuant to L.R. 37 Regarding Plaintiff's Motion to Withdraw and Amend Discovery Responses and the exhibits thereto, the supplemental memorandum of law to be filed pursuant to L.R. 37-2.3, the pleadings and papers on file in this action, the oral argument of counsel, and such other and further evidence and matters as the Court may consider.

Dated:  May 16, 2011            By:   /s/ Jay R. Henneberry

                                Jay R. Henneberry
                                (State Bar No. 135065)
                                CHADBOURNE & PARKE LLP
                                350 South Grand Avenue, 32nd Floor
                                Los Angeles, CA  90071
                                Tel.:  213-892-1000
                                Fax:  213-892-2045
                                Email:  jhenneberry@chadbourne.com

                                John A. Squires (admitted *pro hac vice*)
                                John M. Hintz (admitted *pro hac vice*)
                                CHADBOURNE & PARKE LLP
                                30 Rockefeller Plaza
                                New York, NY  10112-0127
                                Tel.:  212-408-5100
                                Fax:  212-541-5369
                                Email:  jsquires@chadbourne.com
                                        jhintz@chadbourne.com

                                COUNSEL FOR PLAINTIFF
                                DISCUS DENTAL, LLC