Name & Address:
Mark A. Finkelstein (State Bar No. 173851)
Evan M. Simon (State Bar No. 246455)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 82612
Telephone: (949) 851-3939

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DISCUS DENTAL, LLC, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | SACV 10-416-JVS (RNBx) |
| v. | |
| BIOLASE TECHNOLOGY, INC. | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

1) Application to File Documents Under Seal; 2) [Proposed] Order Granting Application to File Documents Under Seal; 3) Biolase's Supplemental Memo. in Opposition to Plaintiff's Motion to Withdraw and Amend Discovery Responses; and 4) Declaration of Mark A. Finkelstein in support of Biolase's Supplemental Memo.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| May 24, 2011 | /s/ Mark A. Finkelstein (State Bar No. 173851) |
|---|---|
| Date | Attorney Name |
| | BIOLASE TECHNOLOGY, INC. |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)   **NOTICE OF MANUAL FILING**