# PROOF OF SERVICE

<u>Discus Dental LLC, et al. v. Biolase Technology Inc.</u>
Case No: 8:10-cv-00416-JVS-RNB

I am employed in the County of <u>Los Angeles</u>, State of California. I am over the age of 18 and not a party to the within action; my business address is: 350 South Grand Avenue, 32nd Floor, Los Angeles, California 90071-3406.

On **May 24, 2011**, I caused a true and correct copy(s) of : **DISCUS DENTAL, LLC'S SUPPLEMENTAL MEMORANDUM PURSUANT TO L.R. 37 REGARDING PLAINTIFF'S MOTION TO WITHDRAW AND AMEND DISCOVERY RESPONSES** to be served in the manner so indicated to the following individual(s) listed below:

> Mark A. Finkelstein, Esq.
> Jones Day
> 3161 Michelson Drive, Suite 800
> Irvine, CA 92612-4408 / mafinkelstein@jonesday.com

☒ **BY MAIL TO ALL COUNSEL**:

☐ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

☒ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)** In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☒ **[BY E-MAIL]** By transmitting via e-mail the document(s) listed above to the addresses set forth below on this date before 4:30 p.m. I am aware that service is presumed invalid if the email transmission is returned as undeliverable.

☐ **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **May 24, 2011**, Los Angeles, California.

_____Romina Cabatbat_____          _____*Romina Cabatbat*_____
Type Name                             Signature

CPAM: 3957315.1                       PROOF OF SERVICE