1   Mark A. Finkelstein (State Bar No. 173851)
    mafinkelstein@jonesday.com
2   Evan M. Simon (State Bar No. 246455)
    esimon@jonesday.com
3   JONES DAY
    3161 Michelson Drive, Suite 800
4   Irvine, CA 92612
    Telephone: (949) 851-3939
5   Facsimile: (949) 553-7539

6   Attorneys for Defendant
    BIOLASE TECHNOLOGY, INC.
7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11  DISCUS DENTAL, LLC,                 | Case No. SACV-10-416-JVS (RNBx)

12          Plaintiff,                    **DECLARATION OF MARK A.
                                          FINKELSTEIN IN SUPPORT OF**
13      v.                               **BIOLASE TECHNOLOGY INC.'S
                                          SUPPLEMENTAL**
14  BIOLASE TECHNOLOGY, INC.,            **MEMORANDUM IN OPPOSITION
                                          TO PLAINTIFF'S MOTION TO**
15          Defendant.                   **WITHDRAW AND AMEND
                                          DISCOVERY RESPONSES**
16
                                         **[PUBLIC VERSION]**
17

18  BIOLASE TECHNOLOGY, INC.,           Date:    June 7, 2011
                                         Time:    9:30 a.m.
19          Counter-Claimant,            Ctrm:    6D

20      v.

21  DISCUS DENTAL, LLC,

22          Counterclaim-Defendant.

23

24

25

26

27

28

1   I, Mark A. Finkelstein, declare as follows:

2       1.      I am a partner in the law firm of Jones Day LLP, counsel to Defendant,

3   Biolase Technology, Inc. ("Biolase") in this action. I make this declaration based

4   on personal knowledge.

5       2.      Attached as Exhibit A and filed under seal are true and correct copies

6   of excerpts from the rough draft transcript of the May 11, 2011 deposition of

7   Alexandre B. Di Sessa.

8       3.      Attached as Exhibit B and filed under seal are true and correct copies

9   of excerpts from the realtime rough draft transcript of the May 18, 2011 deposition

10  of Mahai Boitor.

11      I declare under penalty of perjury under the laws of the United States of

12  America that the foregoing is true and correct.

13      Executed this 24th day of May, 2011, at Irvine, California.

14

15                                              /s/ Mark A. Finkelstein
                                                Mark A. Finkelstein
16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT "A"

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (CONTAINS "CONFIDENTIAL" INFORMATION)

# EXHIBIT "B"

FILED UNDER SEAL PURSUANT TO
PROTECTIVE ORDER (CONTAINS
"CONFIDENTIAL" INFORMATION)