1  Mark A. Finkelstein (State Bar No. 173851)
   mafinkelstein@jonesday.com
2  Evan M. Simon (State Bar No. 246455)
   esimon@jonesday.com
3  JONES DAY
   3161 Michelson Drive, Suite 800
4  Irvine, CA  92612
   Telephone:  (949) 851-3939
5  Facsimile:   (949) 553-7539

6  Attorneys for Defendant
   BIOLASE TECHNOLOGY, INC.
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 DISCUS DENTAL, LLC,                    Case No. Case No. SACV 10-416-JVS
                                          (RNBx)
12              Plaintiff,
                                          Assigned for all purposes to
13      v.                                Hon. James V. Selna
   BIOLASE TECHNOLOGY, INC.,
14                                        **PROOF OF SERVICE**
                Defendant.
15                                        Date:      June 7, 2011
                                          Time:      9:30 a.m.
16                                        Ctrm:      6D

17 BIOLASE TECHNOLOGY, INC.,

18              Counter-Claimant,
        v.
19 DISCUS DENTAL, LLC,

20              Counterclaim-Defendant.

21

22

23

24

25

26

27

28

IRI-20778v1                                                    Proof of Service

# PROOF OF SERVICE

I, Yuri Nomiyama, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612. On May 24, 2011, I served a copy of the within document(s):

**BIOLASE TECHNOLOGY, INC.'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO WITHDRAW AND AMEND DISCOVERY RESPONSES [*Filed Under Seal*];**

**DECLARATION OF MARK A. FINKELSTEIN IN SUPPORT OF BIOLASE TECHNOLOGY, INC.'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO WITHDRAW AND AMEND DISCOVERY RESPONSES [*Filed Under Seal*];**

**APPLICATION TO FILE DOCUMENTS UNDER SEAL [L.R. 79-5.1];**

**[PROPOSED] ORDER GRANTING APPLICATION TO FILE DOCUMENTS UNDER SEAL [L.R. 79-5.1]**

**NOTICE OF MANUAL FILING**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

☐ by transmitting via e-mail or electronic transmission through CM/ECF System. In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF System.

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | Jay R. Henneberry<br>CHADBOURNE & PARKE LLP | **_Attorney for Plaintiffs_**<br>*Zap Lasers, LLC and Discus Dental,* |
| 3 | 350 South Grand Avenue<br>32nd Floor | *LLC* |

Jay R. Henneberry
CHADBOURNE & PARKE LLP
350 South Grand Avenue
32nd Floor
Los Angeles, CA 90071
Phone: (213) 892-1000
Fax: (213) 892-2045
Email: jhenneberry@chadbourne.com

**_Attorney for Plaintiffs_**
*Zap Lasers, LLC and Discus Dental, LLC*

John M. Hintz
John A. Squires
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112-0127
Phone: (212) 408-5100
Fax: (212) 541-5369
Email: jhintz@chadbourne.com
jsquires@chadbourne.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on May 24, 2011, at Irvine, California.

*/s/ Yuri Nomiyama*
Yuri Nomiyama

IRI-20778v1

- 3 -

Proof of Service