Jay R. Henneberry (State Bar No. 135065)
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071
Tel.:  213-892-1000
Fax:  213-892-2045
Email:  jhenneberry@chadbourne.com

John A. Squires (admitted *pro hac vice*)
John M. Hintz (admitted *pro hac vice*)
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112-0127
Tel.:  212-408-5100
Fax:  212-541-5369
Email:  jsquires@chadbourne.com/jhintz@chadbourne.com

Counsel for Plaintiff DISCUS DENTAL, LLC

Mark A. Finkelstein (State Bar No. 173851)
mafinkelstein@jonesday.com
Evan M. Simon (State Bar No. 246455)
esimon@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Telephone:  (949) 851-3939
Facsimile:  (949) 553-7539

Counsel for Defendant
BIOLASE TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISCUS DENTAL, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BIOLASE TECHNOLOGY, INC.,<br><br>    Defendant. | Civil Action No:  SACV-10-416-JVS (RNBx)<br><br>**JOINT STIPULATION REGARDING COMPLETION OF DISCOVERY**<br><br>Discovery Cutoff Date:  June 6, 2011<br>Pretrial Conference Date:  October 31, 2011<br>Trial Date:  November 15, 2011 |

1

1   Plaintiff Discus Dental LLC ("Discus") and Defendant Biolase Technology, Inc. ("Biolase") respectfully submit this joint stipulation.

WHEREAS, the fact discovery cut-off date is June 6, 2011;

WHEREAS, the parties have diligently taken numerous depositions, but have an additional twelve depositions scheduled;

WHEREAS, scheduling many of these depositions has proven to be difficult, as many of the witnesses are third-parties and include a practicing dentist and former executives and board members of the parties;

WHEREAS, the parties' principals have been engaging in direct settlement negotiations and have reached a settlement in principle on all material terms, which settlement now only needs to be finalized; and

WHEREAS, the parties desire to avoid the expense of taking the final depositions since that expense would be unnecessary should this matter settle.

NOW THEREFORE, the parties, through their respective attorneys of record, subject to the approval of this Court, hereby stipulate and agree that the following previously-noticed depositions can take place through June 20, 2011:

1. Mr. Mulder
2. Mr. Wood
3. Dr. Goble
4. Mr. Duyson
5. Dr. Gianni
6. Ms. Richardson
7. Mr. Hayman
8. Mr. O'Connell
9. Mr. Kongmebhol
10. Mr. Cartegena
11. Biolase (30(b)(6), other than topics 5-7)
12. Discus (30(b)(6), other than topics 1-2)

1

2  Dated:  May 25, 2011

3

4  By:   /s/ John M. Hintz                     By:   /s/ Mark A. Finkelstein
5  Jay R. Henneberry                                Mark A. Finkelstein
   (State Bar No. 135065)                           (State Bar No. 173851)
6  CHADBOURNE & PARKE LLP                           Evan M. Simon
7  350 South Grand Avenue, 32nd Floor               (State Bar No. 246455)
   Los Angeles, CA  90071                           Jones Day
8  Tel.:  213-892-1000                              3161 Michelson Drive – Suite 800
9  Fax:  213-892-2045                               Irvine, CA  92612-4408
   Email:  jhenneberry@chadbourne.com               Tel.:  949-851-3939
10                                                  Fax:  949-553-7539
11 John A. Squires (admitted *pro hac vice*)        Email:  mafinkelstein@jonesday.com
   John M. Hintz (admitted *pro hac vice*)                  esimon@jonesday.com
12 CHADBOURNE & PARKE LLP                           COUNSEL FOR DEFENDANT
13 30 Rockefeller Plaza                             BIOLASE TECHNOLOGY, INC.
   New York, NY  10112-0127
14 Tel.:  212-408-5100
15 Fax:  212-541-5369
   Email:  jsquires@chadbourne.com
16         jhintz@chadbourne.com

17
   COUNSEL FOR PLAINTIFF
18 DISCUS DENTAL, LLC

19

20

21

22

23

24

25

26

27

28

3
JOINT STIPULATION RE COMPLETION OF DISCOVERY– Civil Action No. SACV-10-416-JVS (RNBx)

IRI-20859v1

## CERTIFICATE OF SERVICE

I, Evan M. Simon, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612. On May 25, 2011, I served a copy of the **JOINT STIPULATION REGARDING COMPLETION OF DISCOVERY** by electronic transmission.

I am familiar with the U.S. District Court Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Jay R Henneberry:  jhenneberry@chadbourne.com

John A Squires:  jsquires@chadbourne.com

John M Hintz:  jhintz@chadbourne.com

Todd J Tiberi:  toddt@discusdental.com

Executed on May 25, 2011, at Irvine, California.

                                                 /s/ Evan M. Simon
                                                     Evan M. Simon