# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **SACV 10-416-JVS (RNBx)**            Date: **May 25, 2011**

Title: **Zap Lasers, LLC, et al. v. Biolase Technology, Inc.**

**DOCKET ENTRY**

PRESENT:

**HON. ROBERT N. BLOCK, UNITED STATES MAGISTRATE JUDGE**

| Kerri Hays | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:
    None present                                      None present

**PROCEEDINGS:  (IN CHAMBERS)**

### Plaintiff Discus Dental LLC's Motion to Withdraw and Amend Discovery Responses, filed May 16, 2011

      Based on its review of the parties' Supplemental Memoranda, the Court has decided that oral argument conceivably would be of assistance to the Court's determination of this Motion.  Accordingly, the hearing in this matter is reset for June 7, 2011 at 9:30 a.m.

      The Court will now turn to Biolase's Application to file under seal its Supplemental Memorandum and supporting exhibits.  As the Court previously advised the parties when it declined to issue the protective order in the form that they originally proposed, neither the fact that counsel had stipulated to an under seal filing nor the fact that a proposed filing contained information or documents that one of the parties elected to designate as "Confidential" or "Highly Confidential - Outside Counsel Only" in accordance with the terms of the protective order would be sufficient in itself for the Court to find that good cause existed to file the papers or the portion containing the designated information or documents under seal.  At the very least, the parties would need to convince the Court in their application that protection clearly was warranted for the designated information or documents.  Here, after reviewing the Supplemental Memorandum and supporting exhibits, the Court is not convinced that protection is warranted for the deposition excerpts referenced in the Supplemental Memorandum and contained in the supporting exhibits.  Accordingly, the parties are advised that Biolase's Application will be denied and the Supplemental Memorandum and supporting exhibits will be ordered publicly filed unless, on or before **June 3, 2011**, Discus and/or Biolase

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.: SACV 10-416-JVS (RNBx)                                            May 25, 2011
**Zap Lasers, LLC, et al. v. Biolase Technology, Inc.**                              Page 2

--------------------------------------------------------------------------------------------------------------------

makes a sufficient showing of good cause to file those documents under seal.


cc:    Judge Selna


MINUTES FORM 11                                                    Initials of Deputy Clerk    klh
CIVIL-GEN