Mark A. Finkelstein (State Bar No. 173851)
mafinkelstein@jonesday.com
Evan M. Simon (State Bar No. 246455)
esimon@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Attorneys for Defendant
BIOLASE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISCUS DENTAL, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>BIOLASE TECHNOLOGY, INC.,<br><br>    Defendant. | Case No. SACV 10-416-JVS (RNBx)<br><br>Assigned for all purposes to<br>Hon. James V. Selna<br><br>**BIOLASE'S WITHDRAWAL OF ITS APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:    June 7, 2011<br>Time:   9:30 a.m.<br>Ctrm:   6D |
| BIOLASE TECHNOLOGY, INC.,<br><br>    Counter-Claimant,<br><br>  v.<br><br>DISCUS DENTAL, LLC,<br><br>    Counterclaim-Defendant. | |

.

On May 24, 2011, defendant Biolase Technology, Inc. ("Biolase") applied,

IRI-20910v1

under Local Rule 79-5.1 and the Protective Order entered by the Court in this case, for an Order that the following documents be filed under seal:

    1.    Biolase Technology, Inc.'s Supplemental Memorandum in Opposition to Plaintiff's Motion to Withdraw and Amend Discovery Responses;

    2.    Exhibit A (rough draft transcript of the May 11, 2011 deposition of Alexandre B. Di Sessa) to the Declaration of Mark A. Finkelstein in Support of Biolase Technology Inc.'s Supplemental Memorandum in Opposition to Plaintiff's Motion to Withdraw and Amend Discovery Responses ("Finkelstein Decl."); and

    3.    Exhibit B (realtime rough draft transcript of the May 18, 2011 deposition of Mahai Boitor) to the Finkelstein Decl.

With the consent of counsel for Discus, Biolase hereby withdraws its application to file these documents under seal.

Dated:    May 26, 2011    JONES DAY

By: */s/ Mark A. Finkelstein*
    Mark A. Finkelstein

Attorneys for Defendant
BIOLASE TECHNOLOGY, INC.

IRI-20910v1

**CERTIFICATE OF SERVICE**

I, Mark A. Finkelstein, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612. On May 26, 2011, I served a copy of **BIOLASE'S WITHDRAWAL OF ITS APPLICATION TO FILE DOCUMENTS UNDER SEAL** by electronic transmission.

I am familiar with the U.S. District Court Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Jay R Henneberry: jhenneberry@chadbourne.com

John A Squires: jsquires@chadbourne.com

John M Hintz: jhintz@chadbourne.com

Todd J Tiberi: toddt@discusdental.com

Executed on May 26, 2011, at Irvine, California.

/s/ *Mark A. Finkelstein*
Mark A. Finkelstein

IRI-20910v1