# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **SACV 10-416-JVS (RNBx)**            Date: **June 3, 2011**

Title: **Discus Dental, LLC v. Biolase Technology, Inc.**

**DOCKET ENTRY**

PRESENT:

        HON. <u>**ROBERT N. BLOCK**</u>**, UNITED STATES MAGISTRATE JUDGE**

| Joe Roper | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:
     None present                                                 None present

**PROCEEDINGS:  (IN CHAMBERS)**

    <u>**Plaintiff Discus Dental LLC's Motion to Withdraw and Amend Discovery Responses, filed May 16, 2011**</u>

    In view of the parties just-filed Notice of Settlement, this Motion is ordered off calendar without prejudice to its renoticing if the settlement is not consummated.

cc:     Judge Selna