1 | Jay R. Henneberry (State Bar No. 135065)
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071
Tel.: 213-892-1000
Fax: 213-892-2045
Email: jhenneberry@chadbourne.com

John A. Squires (admitted *pro hac vice*)
John M. Hintz (admitted *pro hac vice*)
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112-0127
Tel.: 212-408-5100
Fax: 212-541-5369
Email: jsquires@chadbourne.com
          jhintz@chadbourne.com
 Counsel for Plaintiff DISCUS DENTAL, LLC


Mark A. Finkelstein (State Bar No. 173851)
Jones Day
3161 Michelson Drive, Suite 800
Irvine, CA 9212
Tel: 949-851-3939
Fax: 949-553-7539
Email: mafinkelstein@jonesday.com
Counsel for Defendant BIOLASE TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISCUS DENTAL, LLC, <br><br>          Plaintiff, <br><br> v. <br><br> BIOLASE TECHNOLOGY, INC., <br><br>          Defendant. | Civil Action No:  SACV-10-416-JVS (RNBx) <br><br> **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

1

1  WHEREAS, on June 3, 2011, the parties advised the Court that they had settled
2 all claims and were in the process of signing the final settlement documents, which will
3 include a requirement that all claims be dismissed *with* prejudice;

4  WHEREAS, on June 8, 2011, this Court ordered that the action be dismissed
5 *without* prejudice to the right, upon good cause shown within 45 days, to reopen the
6 action if settlement is not consummated; and

7  WHEREAS, the parties are pleased to report that they have consummated their
8 settlement, which requires that all claims be dismissed *with* prejudice.

9  NOW, THEREFORE, Plaintiff Discus Dental, LLC and Defendant Biolase
10 Technology, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), and through their
11 attorneys of record, hereby jointly move for an order amending the dismissal in this
12 action to reflect that all claims and counterclaims in this action are dismissed WITH
13 PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

14 Dated:  July 12, 2011

16 CHADBOURNE & PARKE LLP                JONES DAY

18 By:  /s/John M. Hintz                        By:  /s/Mark A. Finkelstein
19      John M. Hintz                                  Mark A. Finkelstein

20 COUNSEL FOR PLAINTIFF                 COUNSEL FOR DEFENDANT
21 DISCUS DENTAL, LLC                      BIOLASE TECHNOLOGY, INC.